**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **NATHANIEL ROSARIO,** | ) | |
| | ) | **Case No.** |
| **Plaintiff,** | ) | |
| **v.** | ) | **Judge** |
| | ) | |
| **P.O. KRISTEN SWEENEY 18287** | ) | |
| **and P.O. JOHN DOE 1-6, Individually** | ) | **Magistrate Judge** |
| **and THE CITY OF CHICAGO** | ) | |
| | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT AT LAW

**NOW COMES** the Plaintiff, NATHANIEL ROSARIO by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and in support of their Complaint against the Defendants, P.O. KRISTEN SWEENEY 18287 and P.O. JOHN DOE 1-6, individually and THE CITY OF CHICAGO state as follows:

## COUNT I – FALSE ARREST/SEIZURE

1.      This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Indiana, to redress deprivations of the Civil Rights of the Plaintiff, NATHANIEL ROSARIO accomplished by acts and/or omissions of the Defendants, P.O. KRISTEN SWEENEY 18287 and P.O. JOHN DOE 1-6, individually and THE CITY OF CHICAGO committed under color of law.

2.      This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343 as this matter involves issues of federal law.

3.      The Plaintiff, NATHANIEL ROSARIO, is a resident of the State of Indiana.

4.      The Defendants, P.O. KRISTEN SWEENEY 18287 and P.O. JOHN DOE 1-6 individually, were at all times relevant to the allegations of the Complaint, duly appointed officers of the Chicago Police Department and were acting within their scope of employment and under color of law.

5.      On or about April 16th, 2024, the Plaintiff, NATHANIEL ROSARIO, was driving his car in the vicinity of 3800 Block of West Fullerton in Chicago, Il.

6.      The Plaintiff was not committing a crime or breaking any laws.

7.      The Defendant officers pulled over the Plaintiff and alleged a minor traffic violation.

8.      The actions of the defendants in stopping the plaintiff were pretextual.

9.      The Defendants started to interrogate the Plaintiff and ask if he had a gun or FOID card

10.     The Plaintiff refused to answer questions not pertaining to his traffic stop, license, and insurance.

11.     Since the Plaintiff refused to be interrogated regarding non-traffic issues, the Defendants ordered him out of his vehicle.

12.     The Plaintiff was handcuffed, patted down, and searched.

13.     The Defendants then seized the plaintiff and held him for approximately an hour in their squad car.

14.     There were no facts to support any probable cause, a reasonable suspicion that the Plaintiff was committing any crime, a necessity to search him and his car, and to hold him after the traffic tickets.

15.     The actions of the Defendants were intentional, willful, and wanton.

2

16. As a result of the Defendant's actions, the Plaintiff was wrongfully seized and arrested (by seizure).

17. The actions of the Defendants constituted a violation of the Plaintiff, NATHANIEL ROSARIOS', Fourth Amendment rights as protected by 42 U.S.C. § 1983.

18. As a result of the actions of the Defendants, the Plaintiff, NATHANIEL ROSARIO, suffered fear, anxiety, emotional distress, and money damages.

WHEREFORE, the Plaintiff, NATHANIEL ROSARIO prays for judgment in his favor and against the Defendants, P.O. KRISTEN SWEENEY 18287 and P.O. JOHN DOE 1-6, individually, in an amount of fair and reasonable compensatory damages, punitive damages, and attorneys' fees and costs.

## <u>COUNT II – UNLAWFUL SEARCH</u>

1-19. The Plaintiff hereby realleges and incorporates his allegations of paragraphs 1-19 of Count I as his respective allegations of paragraphs 1-19 of Count II as though fully set forth herein.

20. During the Plaintiff's seizure, the Defendants searched Plaintiff's vehicle.

21. The Defendants did not have probable cause, reasonable suspicion, or a search warrant to search the Plaintiff or his vehicle.

22. The actions of the Defendants was intentional, willful, and wanton.

23. As a result of the Defendant's actions, the Plaintiff's vehicle were unlawfully searched.

24. The actions of the Defendant's search constituted a violation of the Plaintiff's Fourth Amendment rights as protected by 42 U.S.C. § 1983.

25. As a result of the actions of the Defendants, P.O. KRISTEN SWEENEY 1827 and P.O. JOHN DOE 1-6, the Plaintiff, NATHANIEL ROSARIO suffered fear, anxiety, emotional distress, and money damages.

WHEREFORE, the Plaintiff, NATHANIEL ROSARIO prays for judgment in his favor and against the Defendants, P.O. KRISTEN SWEENEY 1827 and P.O. JOHN DOE 1-6, individually, in an amount of fair and reasonable compensatory damages, punitive damages, and attorneys' fees and costs.

### COUNT III – INDEMNIFICATION CLAIM / THE CITY OF CHICAGO

1-25. The Plaintiff, NATHANIEL ROSARIO, realleges and incorporates his allegations of paragraphs 1 – 21 of Count II as his respective allegations of paragraphs 1 -21 of Count II as though fully set forth herein.

26. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

27. Defendant, THE CITY OF CHICAGO, is and/or was the employer of the Defendants, P.O. KRISTEN SWEENEY 1827 and P.O. JOHN DOE 1-6, individually, who acted within the scope of his employment for THE CITY OF CHICAGO in committing the misconduct described herein.

28. If this individual Defendant is found liable, his respective employer will be liable to indemnify him for any compensatory damages and attorney fees and costs under § 1988.

4

WHEREFORE, should Defendants P.O. KRISTEN SWEENEY 18287 and P.O. JOHN DOE 1-6 be found liable for the acts alleged above, Defendant THE CITY OF CHICAGO would be liable to pay the Plaintiff any judgment obtained against said Defendant.

## JURY DEMAND

The Plaintiff, NATHANIEL ROSARIO, hereby request a trial by jury.

Respectfully submitted,
NATHANIEL ROSARIO

By:    */s/ Gregory E. Kulis*
One of Plaintiff' Attorneys

Gregory E. Kulis (#6180966)
GREGORY E. KULIS & ASSOCIATES, LTD.
134 North LaSalle Street, Suite 444
Chicago, Illinois 60602
p. (312) 580-1830 / f. (312) 580-1839
gkulis@kulislawltd.com
service@kulislawltd.com

5